UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FANNIE WATSON, WANDA WEIMER,              :
WINONA WHEAT, IRENE WHEAT, PAMELA         :
WHEELER, KAY WHITAKER, DONNA LYNN         :
WHITE, BETTIE WILKINS, DESIREE            :
WILLIAMS, CAROLYN WILLIAMSON, ROSE        :
WILLIS, ALICE WILSON, VICKIE WINNES,      :
CHARLES WINSTON, JACLYN WOOD-             :
FOSTER, JOANN WOOLWINE, DONNA             :
WRIGHT, DONNA WYLIE, MYRA YEARBY,         :
LOLA YOUNG-MCEWEN,                        :
                                          :
        Plaintiffs.                       :   Civil Action
v.                                        :   No. 04-11224-GAO
                                          :
INDEVUS PHARMACEUTICALS, INC., F/K/A      :
INTERNEURON PHARMACEUTICALS, INC.;        :
WYETH, INC., F/K/A AMERICAN HOME          :
PRODUCTS CORPORATION; WYETH               :
PHARMACEUTICALS, INC F/K/A WYETH-         :
AYERST PHARMACEUTICALS, INC., A           :
DIVISION OF AMERICAN HOME PRODUCTS        :
CORPORATION; AND BOEHRINGER               :
INGELHEIM PHARMACEUTICALS, INC.,          :
                                          :
        Defendants.                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 28, 2004    Respectfully submitted,
      Boston, Massachusetts

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

Of Counsel:
Barbara Wrubel                One Beacon Street
Katherine Armstrong           Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,         (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                Counsel for Defendant
                              Boehringer Ingelheim Pharmaceuticals, Inc.