UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FANNIE WATSON, WANDA WEIMER,
WINONA WHEAT, IRENE WHEAT, PAMELA
WHEELER, KAY WHITAKER, DONNA LYNN
WHITE, BETTIE WILKINS, DESIREE
WILLIAMS, CAROLYN WILLIAMSON, ROSE
WILLIS, ALICE WILSON, VICKIE WINNES,
CHARLES WINSTON, JACLYN WOOD-
FOSTER, JOANN WOOLWINE, DONNA
WRIGHT, DONNA WYLIE, MYRA YEARBY,
LOLA YOUNG-MCEWEN,

      Plaintiffs,

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action
No. 04-11224-GAO

## <u>NOTICE OF APPEARANCE</u>

      Please enter our appearance as counsel of record for Defendant Indevus

Pharmaceuticals, Inc. in the above-captioned action.

Dated:  August 27, 2004                         Respectfully submitted,
        Boston, Massachusetts


                                                /s/Matthew J. Matule
                                                Matthew J. Matule (BBO #632075)
                                                SKADDEN, ARPS, SLATE,
Of Counsel:                                       MEAGHER & FLOM LLP
Barbara Wrubel                                  One Beacon Street
Katherine Armstrong                             Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                           (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                  Counsel for Defendant
                                                Indevus Pharmaceuticals, Inc.